**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JASON COLE,

                Plaintiff,

v.                                   Case No. 3:11-cv-966-J-34MCR

CREDIT SOLUTIONS L.L.C., et al.,

                Defendants.

_____

**O R D E R**

This case is before the Court sua sponte. On May 18, 2012, this Court entered an Order directing Plaintiff to show cause on or before May 31, 2012, why the Amended Complaint should not be dismissed for failure to prosecute. See Order to Show Cause (Dkt. No. 5; First Order to Show Cause). On May 31, 2012, Plaintiff filed a response advising the Court of his efforts to serve Defendants and requesting additional time to effect service of process. See Plaintiff's Response to Order to Show Cause (Dkt. No. 6). The Court granted the request and gave Plaintiff until July 20, 2012, to serve Defendants. See Order (Dkt. No. 7). When Plaintiff failed to serve Defendants, on August 2, 2012, this Court entered another Order directing Plaintiff to show cause by August 13, 2012, why the Amended Complaint should not be dismissed without prejudice for failure to prosecute. See Order to Show Cause (Dkt. No. 10; Second Order to Show Cause). On August 13, 2012, Plaintiff filed a response and once again requested additional time to effect service of process. See Plaintiff's Response to Order to Show Cause (Dkt. No. 11). The Court granted Plaintiff an extension of time up to and including September 17, 2012, to properly effect service of

process upon Defendants.  See Order (Dkt. No. 12).  However, as of this date, Plaintiff has failed to effect service of process upon Defendants.

Based on Plaintiff's failure to effect service of process upon Defendants and to comply with this Court's Orders, the Court concludes that Plaintiff has failed to prosecute this action. Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of this action without prejudice is appropriate.  See Brown v. Tallahassee Police Dept., No. 06-13131, 205 Fed. Appx. 802, 802 (11th Cir. Nov. 15, 2006).  Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is directed to terminate any remaining deadlines or pending motions as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of September, 2012.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Counsel of Record

-2-